LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
SH MARINE LTD.

RECEIVED
DEC 13 2007
RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SH MARINE LTD.

                        Plaintiff,         ECF CASE

- against -                                 07 Civ. 10481 (RJH)

BRYGGEN SHIPPING & TRADING A/S,

                        Defendant.
----------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCivP 41(a)(1)

No Answer or Motion for Summary Judgment having been filed by defendant, plaintiff hereby voluntary dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: December 12, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

Respectfully submitted,

LYONS & FLOOD, LLP
Attorneys for Plaintiff

By: _____
Kirk M. Lyons (KL-1568)
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

U:\kmh\docs\2652004\Pleadings\Notice of Voluntary Dismissal.doc

_____

The Clerk is requested to close this case